大成 DENTONS

Karla Del Pozo García
Associate

karla.delpozogarcia@dentons.c
D   +1 212-768-5328

> **APPLICATION GRANTED**
> **SO ORDERED** /s/ Vernon Broderick
> **VERNON S. BRODERICK**
> **U.S.D.J.** 8/25/2023
>
> All deadlines in this case are stayed until October 9, 2023. On October 9, 2023, the parties shall file either a dismissal or a joint status letter.

August 24, 2023

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Rodriguez v. Game Time Supplements, LLC;* Case No. 1:23-cv-03440-VSB

Dear Judge Broderick:

We represent Defendant Game Time Supplements LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from August 24, 2023 to October 9, 2023.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:   All counsel of record (by ECF)